FELONY

KC **FILED**
DEC 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

**07CR 0853**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
**NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**JUDGE RONALD GUZMAN**
**MAGISTRATE JUDGE BROWN**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO** ☒  YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO** ☒  YES ☐

6) What level of offense is this indictment or information?  **FELONY** ☒  MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**  **NO** ☒  YES ☐

8) Does this indictment or information include a conspiracy count?  **NO** ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) |
| ☐ Criminal Antitrust ...... (II) | ☒ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery ........ (II) | ☐ Other Fraud ......... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 2

_____
James M. Kuhn, Sr.
Assistant United States Attorney

(Revised 12/99)