07 CR 853

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

F I L E D

JUN 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **NO** ☒    **YES** ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    **NO** ☐    **YES** ☒    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
    United States v. Robert Brunt, et al, 07 CR 853, Judge Guzman

3)  Is this a re-filing of a previously dismissed indictment or information?    **NO** ☒    **YES** ☐
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    **NO** ☒    **YES** ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?    **NO** ☒    **YES** ☐

6)  What level of offense is this indictment or information?    **FELONY** ☒    **MISDEMEANOR** ☐

7)  **Does this indictment or information involve eight or more defendants?**    **NO** ☒    **YES** ☐

8)  Does this indictment or information include a conspiracy count?    **NO** ☒    **YES** ☐

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

☐ Homicide ...... (II)
☐ Criminal Antitrust (II)
☐ Bank robbery ....
(II)
☐ Post Office Robbery
(II)
☐ Other Robbery ..
(II)

☐ Assault ........ (III)
☐ Burglary ....... (IV)
☐ Larceny and Theft
(IV)
☐ Postal Embezzlement
(IV)
☐ Other Embezzlement
(III)

☐ Income Tax Fraud .. (II)
☒ Postal Fraud .......
(II)
☐ Other Fraud .......
(III)
☐ Auto Theft ........
(IV)
☐ Transporting Forged Securi-

(Revised 12/99)

ties          (III)
☐ Forgery      . . . . . . . . (III)
☐ Counterfeiting  . . . . .
(III)
☐ Sex Offenses  . . . . . .
(II)
☐ DAPCA Marijuana  . (III)
☐ DAPCA Narcotics  . . (III)

☐      DAPCA   Controlled
Substances    (III)
☐ Miscellaneous General Of-
fenses        (IV)
☐ Immigration Laws  . . . (IV)
☐   Liquor, Internal Revenue
Laws          (IV)
☐ Food & Drug Laws . . . (IV)
☐ Motor Carrier Act . . . . (IV)
☐ Selective Service Act   (IV)
☐ Obscene Mail   . . . . . .
    (III)
☐ Other Federal Statutes   (III)
☐ Transfer of Probation Jurisdic-
tion          (V)

10)  List the statute of each of the offenses charged in the indictment or information.

18  U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 2

James M. Kuhn, Sr.
Assistant United States Attorney