## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - All | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Robert Brunt, et al | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case in its entirety is granted.   *Geraldine Soat Brown*

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|