## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 1 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Robert Brunt | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance held on 6/18/08 as to Robert Brunt (1) on superseding indictment. Defendant appears in response to the arrest on 6/18/08. Defendant informed of his rights. Enter Order appointing Carl P. Clavelli as counsel for defendant. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the superseding indictment. Rule 16.1(a) conference to be completed by 6/25/08. Any pretrial motions should be filed by 7/2/08. Response to be filed by 7/9/08. Status hearing before Judge Guzman on 7/10/08 at 10:30 a.m. Government's oral motion to detain the defendant pending trial is entered and continued. Pretrial detention hearing is set for 6/20/08 at 2:45 p.m. Defendant to remain in custody pending detention hearing. Enter excludable time from 6/18/08 to 7/10/08 pursuant to 18 U.S.C. §3161(h)(1). (X-T)

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | yp |
|---|---|---|