# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of     United States
                          v.
                     Robert Brunt

Case Number: 07CR853-1

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Robert Brunt

---

**(A)**
- SIGNATURE: Carl P. Clavelli
- NAME: CARL P. CLAVELLI
- FIRM: INDEPENDENT
- STREET ADDRESS: 321 S. Plymouth Ct. 1500
- CITY/STATE/ZIP: Chicago IL 60604
- TELEPHONE NUMBER: 312-922-5460
- FAX NUMBER: 312-922-4184
- E-MAIL ADDRESS: CARLCLAVELLI@Netscape.Net
- IDENTIFICATION NUMBER: 0456411
- MEMBER OF TRIAL BAR? YES [X] NO [ ]
- TRIAL ATTORNEY? YES [X] NO [ ]

**(B)**
FILED JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
- MEMBER OF TRIAL BAR? YES [ ] NO [ ]
- TRIAL ATTORNEY? YES [ ] NO [ ]
- DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]

**(C)** (blank)

**(D)** (blank)