UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 853 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| ROBERT BRUNT, *et al.* | ) | |

## UNITED STATES' MOTION TO ENLARGE PRE-TRIAL SCHEDULE

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to Federal Rule of Criminal Procedure 45(b) to enlarge the pre-trial schedule as follows:[1]

Rule 16.1 conference to be completed by July 16, 2008; pre-trial motions due by August 13, 2008; and responses due August 27, 2008. Status hearing set for July 10, 2008, to be continued until a date set by the court. Time will be excluded for purpose of the Speedy Trial Act.

Counsel for the defendants thus far arraigned, Carl P. Clavelli for Robert Brunt, Gerald J. Collins for Tracey Scullark, and Robert D. Seeder for Walter Jackson, have all agreed that an enlarged schedule is necessary due to the nature of the fraud charges, however only Mr. Collins has responded to inquiries about the length of the proposed extension.

---

[1] The schedule set by the Magistrate Judge was: Rule 16.1 conference by June 25, 2008; pre-trial motions due July 2, 2008; and responses due July 9, 2008.

As of this time, the other three defendants charged: Armani D'Aifallah, John Farano, and Douglas Blanchard have not been arraigned.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By:   s/ James M. Kuhn, Sr.
           JAMES M. KUHN, SR.
           Assistant United States Attorney
           219 South Dearborn, Room 500
           Chicago, Illinois 60604
           (312) 353-1877
           james.kuhn @ usdoj.gov