UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 853 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| ROBERT BRUNT, *et al.* | ) | |

**NOTICE OF MOTION**

To:  Carl P. Clavelli
321 South Plymouth Court
Suite 1500
Chicago, Illinois 60604

Robert D. Seeder
Federal Defender Program
55 East Monroe, Suite 2800
Chicago, Illinois 60603

Gerald J. Collins
100 West Monroe, Suite 1310
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on June 26, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Ronald A. Guzman in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

UNITED STATES' MOTION TO ENLARGE PRE-TRIAL SCHEDULE

in the above captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ James M. Kuhn, Sr.
JAMES M. KUHN, SR.
Assistant United States Attorney
219 South Dearborn, Room 500
Chicago, Illinois 60604
(312) 353-1877
james.kuhn @ usdoj.gov