## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853-1 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA vs. Robert Brunt | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to detain the defendant pending trial is denied. Enter Order Setting Conditions of Release. Defendant shall be released after processing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

01:30