UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>　　v.<br>ROBERT BRUNT<br>　　　　Defendant | No. 07 CR 853-1<br>Honorable Ronald A. Guzman |

To:  James M. Kuhn, Esq.
　　　Assistant United States Attorney
　　　219 S. Dearborn St. 5th Floor
　　　Chicago, IL  60604

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**Please take notice** that on September 14, 2008, the undersigned caused the enclosed Petition To Modify the Conditions of Release to be filed with the Clerk of the District Court, 219 S. Dearborn Street, Chicago, and served to ECF filers pursuant to the Court's ECF system.

## NOTICE OF MOTION

**Please take notice** that the undersigned shall appear before the Honorable Ronald A. Guzman in his usual Courtroom on September 17, 2008, at 10:30 a.m., and there and then present the Petition To Modify the Conditions of Release.

　　　　　　　　　　　　　　　　　　　　　　　 /S/  Carl P. Clavelli
　　　　　　　　　　　　　　　　　　　　　　　Carl P. Clavelli
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　321 S. Plymouth Court
　　　　　　　　　　　　　　　　　　　　　　　 Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604
　　　　　　　　　　　　　　　　　　　　　　　(312)  922-5460